IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

IN RE: JAMES ALLEN ZOW, SR.   )   CASE NO. CV413-050
                              )
                              )

## O R D E R

This case is before the Court on appeal (Doc. 1) of the January 24, 2013 Order of Chief Bankruptcy Judge Susan Barrett. Debtor James Allen Zow, Sr., has filed an "Emergency Motion for Permission to Appeal in forma pauperis." (Doc. 3.) Chief Judge Barrett, pursuant to 28 U.S.C. § 151 submitted a report and recommendation that Debtor's motion to proceed in forma pauperis be denied. (Doc. 4.) After a careful review of the record, the Court concurs with the report and recommendation and adopts it as the Court's opinion in this case. Debtor has not demonstrated sufficient financial need. Additionally, this Court finds that the appeal is not taken in good faith and is frivolous. As a result, Debtor's motion is **DENIED**. Debtor shall have fourteen days to pay all appeals fees as required by any Bankruptcy Court fee schedule and rules. Debtor is **WARNED** that failing to pay within this time limit will result in dismissal.

SO ORDERED this 5th day of April 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA