IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

IN RE: JAMES ALLEN ZOW, SR. ) CASE NO. CV413-030

## ORDER

This case is before the Court on appeal (Doc. 1) of the January 24, 2013 Order of Chief Bankruptcy Judge Susan Barrett. Previously, James Allen Zow, Sr. ("Debtor") filed an "Emergency Motion for Permission to Appeal in forma pauperis." (Doc. 3.) This Court denied Debtor's motion and instructed him to pay any appeal fees. (Doc. 9.) Debtor appealed. (Doc. 10.) By mandate, on June 13, 2013, the Eleventh Circuit dismissed Debtor's appeal for lack of jurisdiction. (Doc. 13.) On June 17, 2013, this Court instructed Debtor to pay all appeal and filing fees within fourteen days and warned Debtor that "failing to pay within this time limit will result in dismissal." (Doc 14.) Debtor has failed to timely do so. Accordingly, Debtor's appeal is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 3rd day of July 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA